**JUDGE KOELTL**    **07 CV 3645**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDIN INTERNATIONAL INC., <br><br> *Plaintiff,* <br><br> v. <br><br> WHITEHALL JEWELLERS, INC., and KRISTALL, INC., <br><br> *Defendants.* | Civil Action No. <br><br> ECF CASE    MAY 0 8 2007 |

## STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for ANDIN INTERNATIONAL, INC. certifies that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

GOTTLIEB, RACKMAN & REISMAN, P.C.
Attorneys for Plaintiff
270 Madison Avenue, 8th Floor
New York, New York 10016
(212) 684-3900

By: _____
George Gottlieb (GG-5761)
ggottlieb@grr.com
Barry A. Cooper (BC-9298)
bcooper@grr.com
Yuval H. Marcus (YM 5348)
ymarcus@grr.com

Dated:   New York, New York
         May 7, 2007