## GOTTLIEB, RACKMAN & REISMAN, P.C.
### COUNSELORS AT LAW
PATENTS · TRADEMARKS · COPYRIGHTS · INTELLECTUAL PROPERTY

270 MADISON AVENUE
NEW YORK, N.Y. 10016-0601
PHONE: (212) 684-3900 · FACSIMILE: (212) 684-3999
WEB: http://www.grr.com · E-MAIL: info@grr.com

JAMES REICHMAN
MICHAEL I. RACKMAN
GEORGE GOTTLIEB
BARRY A. COOPER
DAVID S. KASHMAN
ALLEN I. RUBENSTEIN
JEFFREY M. KADEN
AMY B. GOLDSMITH
TIBERIU WEISZ
MARGA A. DAVID
RICHARD S. SCHURIN

OF COUNSEL
DIANA MULLER

DONNA MIRMAN BROOME
BARBARA H. LOEWENTHAL
MARC P. MISTHAL
FRANK D. DECOLVENAERE
STEVEN STERN
YUVAL H. MARCUS

PATENT AGENT
ZOYA V. CHERNINA



USDC SDNY 2007
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/07

**By Facsimile**
Hon. John G. Koeltl
U.S. District Court Judge
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, N.Y. 10007

Re:  Andin International Inc. v. Whitehall Jewellers, Inc. and Kristall, Inc.
     07 Civ. 3645 (JGK/HP)

Dear Judge Koeltl:

We are counsel to Plaintiff Andin International, Inc. ("Andin") in connection with the above referenced litigation.

In accordance with Your Honor's order at the conference held on May 10, 2007 relating to Order To Show Cause in Support of Andin's Motion for a Preliminary Injunction, the parties have reached an agreement on a briefing and discovery schedule. Enclosed is a courtesy copy of a Stipulation and Proposed Order On Scheduling On Plaintiff's Motion for a Preliminary Injunction that was filed today electronically with the Clerk of the Court.

We respectfully request that the Court enter the Stipulation and Proposed Order.

Respectfully submitted,

GOTTLIEB, RACKMAN & REISMAN, P.C.

George Gottlieb

/Enclosures

cc: Anthony Coppola, Esq. (via facsimile)
    Brian Brokate, Esq. (via facsimile)