```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ANDIN INTERNATIONAL INC.,

                Plaintiff,

       v.

WHITEHALL JEWELLERS, INC. and
KRISTALL, INC.,

                Defendants.
----------------------------------------X

: Civil Action No. 07 Civ. 3645
  (JGK/HP)

: ECF CASE

### DISMISSAL OF ACTION, WITH PREJUDICE (Rule 41(a)(1))

    Pursuant to Rule 41(a)(1), Fed.R.Civ.P., Plaintiff, by its undersigned counsel, hereby voluntarily dismisses the above action, with prejudice, and without any award for costs or attorneys fees to any party.

                        GOTTLIEB, RACKMAN & REISMAN, P.C.
                        Attorneys for Plaintiff
                        270 Madison Avenue
                        New York, New York 10016
                        (212) 684-3900

                        By: _____
                        George Gottlieb (GG 5761)
                        ggottleib@grr.com
                        Barry A. Cooper (BC 9298)
                        bcooper@grr.com
                        Yuval H. Marcus (YM 5348)
                        ymarcus@grr.com

Dated:    May 24, 2007
             New York, New York

**SO ORDERED:**

_____
          U.S.D.J.

5/29/07

## CERTIFICATE OF FILING/SERVICE

I hereby certify that this document has been filed in the Court's ECF filing system this 24th day of May, 2007, and that copies thereof have been served on counsel for the defendants via ECF notification.

Barry A. Cooper

S:\barry\Andin\Whitehall\dismissal.withprejudice.wpd