```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/25/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDIN INTERNATIONAL INC.,

                Plaintiff,

  - against -

WHITEHALL JEWELLERS, INC. and
KRISTALL, INC.,

                Defendants.

---

07 Civ. 3645 (JGK)

ORDER OF DISCONTINUANCE

JOHN G. KOELTL, District Judge:

    It having been reported to this Court that the parties have settled this action,

    It is, on this **24th** day of **May, 2007**, hereby ordered that this matter be discontinued with prejudice but without costs; provided, however, that within **30 days** of the date of this order, counsel for the plaintiff may apply by letter for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

    The plaintiff's motion for a Preliminary Injunction is withdrawn.

SO ORDERED.

Dated:    New York, New York
           May 24, 2007

                                      _/s/ Loretta A. Preska_
                                      ~~John G. Koeltl~~
                            United States District Judge

                                      Part I